# UNITED STATES DISTRICT COURT
## for the
## Northern District of Illinois

| | |
|---|---|
| Jerome Augutis <br> *Plaintiff* <br> v. <br> United States of America <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 12 C 2451 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* United States of America recover costs from the plaintiff *(name)* Jerome Augutis

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge George M. Marovich on motion to dismiss.

Date: Aug. 7, 2012

Thomas G. Bruton, Clerk of Court

/s / Carol Wing, Deputy Clerk