UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEROME AUGUTIS A/K/A JEROME AUGUSTIS )<br>                           Plaintiff, )<br>                                  )<br>vs.                                   )<br>                                  )<br>UNITED STATES OF AMERICA  )<br>                          Defendant  ) | No.   12 C 2451<br><br>Judge George M. Marovich |

## NOTICE OF APPEAL

Plaintiff Jerome Augutis hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on or about September 11, 2012, denying Plaintiff's Motion to Alter or Amend the Judgment dismissing plaintiff's case with prejudice.

Respectfully submitted,

 /S/  *Carl P. Clavelli*
Carl P. Clavelli
One of the Attorneys
 for Jerome Augutis
100 W. Monroe Street
 Suite 1310
Chicago, IL 60603
(312) 953-8165